# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MARQUEZ B. PERRY,<br>    Plaintiff, | Case No. 1:21-cv-225 |
| vs | Cole, J.<br>Bowman, M.J. |
| WARDEN RON ERDOS, *et al.*,<br>    Defendants. | **REPORT AND<br>RECOMMENDATION** |

Plaintiff, an inmate at the Toledo Correctional Institution, has filed a pro se civil rights complaint against defendants Ron Erdos, Cynthia Davis, Jeremy Oppy, and Unit Manager Harris. (Doc. 9). On July 20, 2021, the undersigned issued a Report and Recommendation that the complaint be dismissed with prejudice. (Doc. 10). This matter is currently before the Court on plaintiff's motion for leave to amend. (Doc. 12).

As an initial matter, plaintiff is not required to obtain leave of court to file an amended complaint at this juncture. *See* Fed. R. Civ. P. 15(a)(1). In any event, in order "[t]o meet the particularity requirements of Rule 7(b), 'a complete copy of the proposed amended complaint must accompany the motion [for leave to amend] so that both the Court and opposing parties can understand the exact changes sought.'" *Williams v. Zumbiel Box & Packaging Co.*, No. 04-CV-675, 2005 WL 8161971, at *1 (S.D. Ohio Feb. 3, 2005) (quoting *Smith v. Planas,* 151 F.R.D. 547, 550 (S.D.N.Y. 1993)). (Doc. 15, at PageID 109-10). Plaintiff's motion for leave to amend his complaint does not comply with Rule 7(b). It does not contain a copy of the proposed amended complaint or inform the Court, other than in conclusory terms, how plaintiff seeks to amend his complaint. Plaintiff's motion for leave to amend his complaint (Doc. 12) should therefore be **DENIED without prejudice.**

**IT IS THEREFORE RECOMMENDED THAT** plaintiff's motion for leave to amend his complaint (Doc. 12) be **DENIED without prejudice.**

                                                 *s/Stephanie K. Bowman*
                                                 Stephanie K. Bowman
                                                 United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARQUEZ B. PERRY,
    Plaintiff,

vs

WARDEN RON ERDOS, *et al.*,
    Defendants.

Case No. 1:21-cv-225

Cole, J.
Bowman, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).